

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

RONNIE AYERS                                          15-10098-JDW

### FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court upon the Debtor's failure to comply with Agreed Order Denying Motion to Dismiss (Dkt. #65) (Dkt. #69), and the Court being advised that the Debtor has become more than thirty (30) days delinquent in Chapter 13 plan payments.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

### ##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com